(No. 86-CC-2869—

ROBERT J. CULLERS, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Opinion filed August 13, 1987.*

SONNEMAKER, SONNEMAKER & VESPA, for Claimant.

NEIL F. HARTIGAN, Attorney General (CLAIRE GIBSON TAYLOR, Assistant Attorney General, of counsel), for Respondent.

SOMMER, J.

This Court, having considered the Respondent's motion to dismiss or in the alternative, motion for summary judgment, and being fully advised in the premises;

Finds that the Claimant was injured in an automobile collision when the automobile in which he was riding collided with an automobile coming onto a State-controlled road, the Osceola Spur in Stark County, from a driveway. Further, that the Claimant has recovered $100,000.00 from the insurer of the driver of the automobile in which he was a passenger. Further, that

this Court has held on numerous occasions that recovery of the statutory limit of $100,000.00 or more from another party to an accident completely sets off any claim that may be had against the State.

It is therefore ordered that this cause is dismissed with prejudice.